UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOR LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE PRISON SACRAMENTO, et al.,<br><br>Defendants. | No. 2:23-cv-02862-WBS-EFB (PC)<br><br><br><br>ORDER |

    Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 12, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed May 12, 2025 (ECF No. 8) are adopted in full;

3     2. Plaintiff's retaliation and due process claims are dismissed without further leave to amend; and

4     3. Plaintiff's excessive force claim against defendant Scott is dismissed with leave to amend. Any amended complaint shall be filed within 30 days of the date of this order.

Dated: June 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE